**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                    Civil No. 06-cv-421-JM

<u>Kingston, NH 43 Mill Rd</u>
<u>Kingston, NH 10 Towle Rd</u>, et. al

**<u>O R D E R</u>**

Since I am retiring effective May 31, 2010, the trial and summary judgment deadlines must be changed. The new dates are set as follows:

1. Summary Judgment Deadline: 01/20/2010

2. Trial: 04/20/2010.

**SO ORDERED.**

                                      _____
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: October 1, 2009

cc:    Robert J. Rabuck, Esq.
       Rodkey Craighead, Jr., Esq.
       Alexander R. Cain, Esq.
       Brian C. Dauphin, Esq.
       Murat Erkan, Esq.
       Robert A. Shaines, Esq.
       Scott W. LaPointe, Esq.