UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

     v.                                  Civil No. 06-cv-421-LM

<u>Kingston, NH, 10 Towle Road</u>

O R D E R

     A settlement conference was held on October 7, 2010, in this case.  The following attorneys appeared: Attorney Robert Rabuck for the plaintiff and Attorney Rodkey Craighead for defendant Kingston, NH, 10 Towle Road and claimant Theodore Gagalis.  A status conference is scheduled for Wednesday, October 13, 2010, at 10:00 a.m., at which the parties shall update the court on their progress toward settlement.  The court will consider, at that time, whether the parties' negotiations have progressed such that settlement is highly likely and a continuance of the trial date (currently November 9, 2010) is therefore warranted.  The status conference shall be via telephone and shall be initiated by the court.

                                                 _____
                                                 Landya B. McCafferty
                                                 United States Magistrate Judge

Date:   October 8, 2010

cc:    Rodkey Craighead, Jr., Esq.
       Scott W. LaPointe, Esq.
       Robert J. Rabuck, Esq.