UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States</u>

      v.                                        Civil No. 06-cv-421-LM

<u>Kingston, NH, 10 Towle Rd</u>

<u>O R D E R</u>

On today's date, a status conference was held via telephone in this case. Attorneys Robert J. Rabuck appeared for the plaintiff and Attorney Rodkey Craighead, Jr., appeared for the defendant.

Mr. Craighead requested a continuance of the bench trial, and Mr. Rabuck did not object. There being no objection, the court grants the request to continue the trial. The parties anticipate that the trial will take only one day. Accordingly, the bench trial is scheduled for February 9, 2011, at 10:00 a.m. The Final Pretrial Conference is scheduled for January 27, 2011, at 9:30 a.m. Pretrial statements are due no later than January 10, 2011.

In the meantime, the parties are encouraged to continue settlement discussions.

So ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Date: October 13, 2010
cc:   Robert J. Rabuck, Esq.
       Rodkey Craighead, Esq.