**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                              Civil No. 06-cv-421-LM

<u>Kingston, NH, 10 Towle Rd.</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

On October 7, 2010, the court held, at the parties' request, a joint settlement conference in this civil forfeiture case. The bench trial is currently scheduled for February 9, 2011. Because this case is a bench rather than a jury trial, and this magistrate judge conducted a settlement conference, her impartiality might reasonably be questioned. Canon 3C(1) of the Code of Conduct for United States Judges advises that, under such circumstances, a judge "shall disqualify." <u>See</u> Judicial Conference of the United States, Committee on Codes of Conduct, Advisory Opinion 95, *Judges Acting in a Settlement Capacity* (July 1, 2009).

SO ORDERED.

                                            _____
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date: November 24, 2010

cc: Alexander R. Cain, Esq.
    Rodkey Craighead, Esq.
    Murat Erkan, Esq.
    Scott W. LaPointe, Esq.
    Robert J. Rabuck, Esq.
    Robert A. Shaines, Esq.
    Brian C. Dauphin, Esq.